IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD L JOHNSON,

    Plaintiff,

v.                                         CASE NO. 5:10-cv-00069-SPM-AK

JIMMY CRAWSON, et al,

    Defendants.

_____/

**O R D E R**

Plaintiff, an inmate of the Florida penal system proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). He has not filed a motion for leave to proceed *in forma pauperis* or paid the filing fee.

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had three or more prior prisoner actions dismissed in the Northern District of Florida on the grounds that they were frivolous, malicious, or failed to state a claim. The dismissed cases include cases numbered 5:04cv144-RH/WCS (dismissed on April 4, 2006, as frivolous); 5:08cv205-RH/MD (dismissed on September 25, 2008, for failure to state a claim); and 5:08cv300-RS/EMT (dismissed on March 31, 2010, as malicious). There is also pending Case No. 5:08cv262-RH/AK, which was filed before the third strike was accumulated.

The instant complaint concerns an alleged falsified disciplinary report and Plaintiff's difficulties with close confinement. Thus, his allegations do not bring him within the "imminent danger" exception.

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, his complaint is dismissed without prejudice to him making the same allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing the complaint.

Accordingly, it is

ORDERED AND ADJUDGED:

That Plaintiff's complaint (doc. 1) be DISMISSED without prejudice.

DONE AND ORDERED this 14th day of April, 2010.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       Chief United States District Judge